RECORD NO. 14-6352

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**WILLIAM EDWARD REBROOK, III**,

Petitioner–Appellant,

v.

**UNITED STATES OF AMERICA**,

Respondent–Appellee

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA AT CHARLESTON

**APPELLANT'S MOTION FOR ENLARGEMENT OF TIME
TO FILE APPELLANT'S BRIEF**

Appellant William Edward ReBrook, III, respectfully moves the Court to enlarge the time he has to file **APPELLANT'S BRIEF** from today, April 28, 2014, to this Thursday, May 1, 2014. Counsel discovered over the weekend a critical hearing transcript inadvertently had been omitted from the proposed Joint Appendix. In discussions with the printing company, to comply with the rules, the already prepared Joint Appendix has to be dissembled and reassembled again. Counsel for Appellant has spoken with counsel for the United States, and there is no objection to this short extension of time, which then would extend the time for the United States to file its responsive brief.

For the foregoing reasons, Appellant William Edward ReBrook, III, respectfully moves the Court to enlarge the time he has to file **APPELLANT'S BRIEF** from today, April 28, 2014, to this Thursday, May 1, 2014.

**WILLIAM EDWARD REBROOK, III**,
Petitioner–Appellant,

–By Counsel–

 /s/ Lonnie C. Simmons
Lonnie C. Simmons (W.Va. I.D. No. 3406)
**DITRAPANO, BARRETT, DIPIERO,
MCGINLEY & SIMMONS, PLLC**
P.O. Box 1631
Charleston, West Virginia 25326-1631
(304) 342-0133
lonnie.simmons@dbdlawfirm.com

## CERTIFICATE OF SERVICE

I, Lonnie C. Simmons, do hereby certify that on April 28, 2014, a copy of the foregoing **APPELLANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE APPELLANT'S BRIEF** was electronically served on the United States Attorney's office, to the following:

R. Booth Goodwin, II
*United States Attorney*
Larry R. Ellis
*Assistant United States Attorney*
P.O. Box 1713
Charleston, West Virginia 25326
(304) 345-2200

/s/ Lonnie C. Simmons
Lonnie C. Simmons (W.Va. I.D. No. 3406)